IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**COMET STREET, INC.**                                                                             **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO.:**     **5:09-CV-00218-DCB-JMR**

**KENNETH G. ROBERTS, MELISSA ROBERTS,**
**CLARENDON NATIONAL INSURANCE COMPANY,**
**AND STARNET INSURANCE COMPANY**                          **DEFENDANTS**

---

### AGREED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

---

THIS DAY this cause came on to be heard on the Joint Motion of all parties, *Ore Tenus*, to dismiss without prejudice all claims filed in this action by the parties, having jointly consented to the entry of this Agreed Judgment of Dismissal Without Prejudice and agree that this action should be dismissed without prejudice, with each party to bear its own costs, and the Court being further advised in the premises, finds that the Motion *Ore Tenus* to dismiss without prejudice is well taken and should be granted.

IT IS THEREFORE HEREBY ORDERED AND ADJUDGED that this action be, and the same hereby is, dismissed without prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED, THIS the 3rd day of February, 2010.

                                                   s/David Bramlette
                                                   UNITED STATES DISTRICT COURT JUDGE

AGREED TO AND APPROVED BY:

| | |
|---|---|
| /s/ Malissa Winfield | /s/ John W. Christopher |
| Malissa Winfield, Esq. (MSB #100751) | John W. Christopher, Esq. (MSB # 6100) |
| Joshua J. Wiener, Esq. (MSB #7185) | P. O. Box 982 |
| Butler Snow O'Mara, Stevens & Cannada, PLLC | Ridgeland, MS 39158 |
| P. O. Box 6010 | *Attorneys for Kenneth G. Roberts and* |
| Ridgeland, MS 39158-6010 | *Melissa Roberts* |
| *Attorneys for StarNet Insurance Company* | |

| | |
|---|---|
| /s/ H. Wesley Williams, III | /s/ J. Wade Sweat |
| H. Wesley Williams, III, Esq. (MSB # 9320) | J. Wade Sweat, Esq. (MSB #9933) |
| Andrew G. McCullough, Esq. (MSB # 100424) | Randall E. Day, III, Esq. (MSB #9722) |
| Markow Walker, P.A. | Marisa C. Atkinson, Esq. (MSB #101265) |
| P. O. Box 13669 | Copeland Cook Taylor & Bush, P.A. |
| Jackson, MS 39236 | P. O. Box 6020 |
| *Attorneys for Clarendon National* | Ridgeland, MS 39158 |
| *Insurance Company* | *Attorneys for Comet Street, Inc.* |